United States District Court
Northern District of California

1
2
3                      UNITED STATES DISTRICT COURT
4                     NORTHERN DISTRICT OF CALIFORNIA
5                               SAN JOSE DIVISION
6
7   AJ MANAGEMENT CONSULTING, LLC,           Case No. 13-cv-03213-BLF
        Plaintiff,
8                                            **CASE MANAGEMENT ORDER**
        v.
9
    MBC FZ-LLC,
10
        Defendant.
11
12
13      On 05/14/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case
14  Management Conference.
15      IT IS HEREBY ORDERED that the following schedule shall apply in this case:
16

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 08/07/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties are to file a Joint Case Management Statement with proposed dates through trial by 07/31/2014.

IT IS FURTHER ORDERED THAT Motion to Dismiss Hearing is set for 06/19/2014 at 9:00 am.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge