1  THOMAS R. BURKE (State Bar No. 141930)
      thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599

5  ALONZO WICKERS IV (State Bar No. 169454)
      alonzowickers@dwt.com
6  NICOLAS A. JAMPOL (State Bar No. 244867)
      nicolasjampol@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
8  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
9  Facsimile: (213) 633-6899
   Attorneys for Defendant
10 MBC FZ LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJ MANAGEMENT CONSULTING, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MBC FZ-LLC, d/b/a MBC Group a/k/a Middle East Broadcasting Services,<br><br>　　　　　Defendant. | Case No. CV 13-3213-BLF<br><br>**[PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

[PROPOSED] ORDER

# ORDER

Having considered the joint stipulation filed by plaintiff AJ Management Consulting, LLC and defendant MBC FZ LLC, the Court hereby dismisses all claims asserted against MBC in this action with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 23, 2014

By: /s/ Beth Labson Freeman
United States District Judge
Beth L. Freeman

[PROPOSED] ORDER